A94A0552. PEAVY v. THE STATE.
(443 SE2d 705)

JOHNSON, Judge.

Anthony Peavy did not directly appeal his 1990 burglary conviction, but was granted an out-of-time appeal in a habeas corpus proceeding. After the out-of-time appeal was granted, Peavy did not file a motion for a new trial, but instead filed the instant appeal, in which his sole claim is that his trial counsel was ineffective. "[A] claim of ineffective assistance of counsel may not be asserted in an out-of-time appeal unless appellate counsel pursues a motion for new trial, subsequent to the grant of the out-of-time appeal, in which the issue is raised and resolved by means of an evidentiary hearing. [Cit.]" *Ponder v. State*, 260 Ga. 840, 841-842 (1) (400 SE2d 922) (1991); see also *Maxwell v. State*, 262 Ga. 541, 542-543 (3) (422 SE2d 543) (1992). Because Peavy's appellate counsel failed to pursue a motion for a new trial after the grant of the out-of-time appeal, the issue of ineffective assistance of trial counsel is waived and cannot be asserted on appeal. *Snell v. State*, 203 Ga. App. 27, 28 (1) (416 SE2d 360) (1992); compare *King v. State*, 208 Ga. App. 77 (430 SE2d 640) (1993).

*Judgment affirmed. Beasley, P. J., and Andrews, J., concur.*

DECIDED APRIL 29, 1994.

*Karen E. Beyers*, for appellant.

*Thomas J. Charron*, District Attorney, *Don T. Phillips*, *Debra H. Bernes*, *Nancy I. Jordan*, Assistant District Attorneys, for appellee.